KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel for Lead Plaintiff*
*and the Putative Class*

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

*Liaison Counsel for Lead Plaintiff*
*and the Putative Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM KHOJA; on behalf of himself and all others similarly situated, ) | No. 3:15-cv-00540 JLS (KSC) |
| ) | |
| Plaintiffs, ) | CLASS ACTION |
| VS. ) | |
| ) | |
| OREXIGEN THERAPEUTICS, INC., ) | **LEAD PLAINTIFF'S NOTICE OF** |
| JOSEPH P. HAGAN, MICHAEL A. ) | **INTENT NOT TO FILE AN AMENDED** |
| NARACHI, and PRESTON KLASSEN ) | **COMPLAINT** |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| AND ALL CONSOLIDATED CASES ) | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT**: After carefully reviewing the Court's May 19, 2016 "Order: (1) Granting in Part Defendants' Request for Judicial Notice, (2) Granting Defendants' Motion to Dismiss, and (3) Dismissing Lead Plaintiff's Consolidated Complaint" [Dkt. No. 76] (the "Order"), Lead Plaintiff, on behalf of himself and all other similarly situated, elects to stand on his Consolidated Complaint for Violation of the Federal Securities Laws filed August 20, 2015 [Dkt. No. 55], and respectfully requests that the Court enter judgment so that Lead Plaintiff can appeal the Order to the United States Court of Appeals for the Ninth Circuit.

Dated:  June 16, 2016                      Respectfully submitted,

**KAHN SWICK & FOTI, LLP**


By:    s/ *Ramzi Abadou*

Ramzi Abadou (SBN 222567)
ramzi.abadou@ksfcounsel.com
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn (*pro hac* to be filed)
lewis.kahn@ksfcounsel.com
Alexander Burns (admitted *pro hac vice*)
Alexander.burns@ksfcounsel.com
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
*Lead Counsel for Lead Plaintiff and the Putative Class*

CASE NO. 15-CV-00540-JLS (KSC)

LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT

1

**BARRACK, RODOS & BACINE**
Stephen R. Basser (121590)
sbasser@barrack.com
Samuel M. Ward (216562)
sward@barrack.com
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile: (619) 230-1874

*Liaison Counsel for Lead Plaintiff
and the Putative Class*

CASE NO. 15-CV-00540-JLS (KSC)

LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT

2