**KAHN SWICK & FOTI, LLP**
RAMZI ABADOU (222567)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com
*Lead Counsel for Lead Plaintiff*
*and the Putative Class*

**BARRACK, RODOS & BACINE**
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com
*Liaison Counsel for Lead Plaintiff*
*and the Putative Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM KHOJA; on behalf of himself and all others similarly situated, ) ) ) | No. 3:15-cv-00540 JLS (KSC) |
| Plaintiffs, ) ) | CLASS ACTION |
| vs. ) ) ) | |
| OREXIGEN THERAPEUTICS, INC., ) JOSEPH P. HAGAN, MICHAEL A. ) NARACHI, and PRESTON KLASSEN ) ) | **CERTIFICATE OF SERVICE ON LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT** |
| Defendants. ) ) ) | |
| _____ ) | |
| AND ALL CONSOLIDATED CASES ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I electronically filed the pleading titled "LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Dated:  June 16, 2016

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By: _____*s/ Ramzi Abadou*_____
Ramzi Abadou (SBN 222567)
ramzi.abadou@ksfcounsel.com
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn (*pro hac* to be filed)
lewis.kahn@ksfcounsel.com
Alexander Burns (admitted *pro hac vice*)
Alexander.burns@ksfcounsel.com
206 Covington Street
Madisonville, LA 70447

CASE NO. 15-CV-00540-JLS (KSC)

CERTIFICATE OF SERVICE

1

Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff
and the Putative Class*

BARRACK, RODOS & BACINE
Stephen R. Basser (121590)
sbasser@barrack.com
Samuel M. Ward (216562)
sward@barrack.com
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile: (619) 230-1874

*Liaison Counsel for Lead Plaintiff
and the Putative Class*

CASE NO. 15-CV-00540-JLS (KSC)

CERTIFICATE OF SERVICE

2

**Mailing Information for a Case 3:15-cv-00540-JLS-KSC Khoja et al v. Orexigen Therapeutics, Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

☐ **Ramzi Abadou**
ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

☐ **Stephen Richard Basser**
sbasser@barrack.com

☐ **Alexander Louis Burns**
alexander.burns@ksfcounsel.com

☐ **John C. Dwyer**
dwyerjc@cooley.com,bgiovannoni@cooley.com

☐ **Mary Kathryn Kelley**
mkkelley@cooley.com,msalas@cooley.com

☐ **Jeremy A. Lieberman**
jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com,jkehoe@pomlaw.com

☐ **Danielle Suzanne Myers**
dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

☐ **Jennifer Pafiti**
jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,cdberger@pomlaw.com,abarbosa@pomlaw.com

☐ **Robert Vincent Prongay**
rprongay@glancylaw.com,info@glancylaw.com,lheine@glancylaw.com,bmurray@glancylaw.com

CASE NO. 15-CV-00540-JLS (KSC)

CERTIFICATE OF SERVICE

3

☐ **Laurence M. Rosen**
lrosen@rosenlegal.com,pkim@rosenlegal.com

☐ **Jessica V. Santamaria**
jsantamaria@cooley.com,galancr@cooley.com

☐ **Jon Anders Tostrud**
jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

☐ **Dane Robert Voris**
dvoris@cooley.com,mdejesus@cooley.com

☐ **Samuel M Ward**
sward@barrack.com,jmueller@barrack.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

☐ (No manual recipients)

CASE NO. 15-CV-00540-JLS (KSC)

CERTIFICATE OF SERVICE

4