UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM KHOJA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OREXIGEN THERAPEUTICS, INC., JOSEPH P. HAGAN, MICHAEL A. NARACHI, and PRESTON KLASSEN,<br><br>Defendants. | Case No.:  15-CV-540 JLS (JLB)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ENTER JUDGMENT**<br><br>(ECF No. 77) |

AND ALL CONSOLIDATED CASES

On May 19, 2016, the Court granted Defendants' motion to dismiss and dismissed Lead Plaintiff Karim Khoja's Consolidated Complaint. (*See* ECF No. 76.) The order gave Lead Plaintiff thirty days to file an amended complaint. (*Id.* at 36.) On June 16, 2016, Lead Plaintiff filed a notice of his intent not to file an amended complaint, requesting that the Court enter final judgment for Defendants. (*See* ECF No. 77). Defendants have not objected, and Lead Plaintiff's thirty-day leave in which to file an amended complaint has

/ / /

/ / /

/ / /

expired.  Accordingly, the Clerk of the Court is **HEREBY DIRECTED** to enter final judgment for Defendants and against Lead Plaintiff and to close the file.

   **IT IS SO ORDERED.**


Dated:  June 27, 2016

_____
Hon. Janis L. Sammartino
United States District Judge

15-CV-540 JLS (JLB)