

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM KHOJA, on behalf of himself and all others similarly situated; KURT R. YANTZ; GERALD J. STEFANKO<br><br>Plaintiff,<br><br>V.<br><br>OREXIGEN THERAPEUTICS, INC., JOSEPH P. HAGAN, MICHAEL A. NARACHI, and PRESTON KLASSEN,<br><br>Defendant. | Civil Action No.   15CV0540-JLS(JLB)<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court grants in part and denies in part Defendants' Request for Judicial Notice (ECF No. 62-25), grants Defendants' MTD (ECF No. 62), and dismisses Lead Plaintiff's Consolidated Complaint (ECF No. 55). Specifically, the Court dismisses with prejudice Lead Plaintiff's first cause of action for violations of Section 10(b) and Rule 10b-5(b) to the extent it is predicated upon material misstatements or omissions of fact made in Defendants' March 3, 2015 statements and second cause of action for violations of Section 10(b) and Rules 10b-5(a) and (c) against Defendant Hagan. The Court dismisses without prejudice Lead Plaintiff's remaining causes of action.

| | |
|---|---|
| **Date:**         6/27/16 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ K. Martin-Brown<br>         K. Martin-Brown, Deputy |