KAHN SWICK & FOTI, LLP
RAMZI ABADOU (222567)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (415) 231-4313
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel for Lead Plaintiff
and the Putative Class*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM KHOJA; on behalf of himself and all others similarly situated, | No. 3:15-cv-00540 JLS (KSC) |
| Plaintiffs, | <u>CLASS ACTION</u> |
| VS. | |
| OREXIGEN THERAPEUTICS, INC., JOSEPH P. HAGAN, MICHAEL A. NARACHI, and PRESTON KLASSEN | **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| Defendants. | |
| <u>AND ALL CONSOLIDATED CASES</u> | |

1  Notice is hereby given that Lead Plaintiff in the above-captioned action, on behalf of himself and all others similarly situated, hereby timely appeals to the United States Court of Appeals for the Ninth Circuit from (i) the district court's "Order: (1) Granting in Part Defendants' Request for Judicial Notice, (2) Granting Defendants' Motion to Dismiss, and (3) Dismissing Lead Plaintiff's Consolidated Complaint" entered on May 19, 2016 [Dkt. No. 76]; and (ii) the "Judgment in a Civil Case" entered on June 27, 2016 [Dkt. No. 79]. Lead Plaintiff's Circuit Rule 3-2(b) Representation Statement is included below.

Dated: July 26, 2016

Respectfully submitted,

KAHN SWICK & FOTI, LLP

By:   s/ *Ramzi Abadou*

Ramzi Abadou (222567)
ramzi.abadou@ksfcounsel.com
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (415) 231-4313
Facsimile: (504) 455-1498

-and-

KAHN SWICK & FOTI, LLC
Lewis S. Kahn
lewis.kahn@ksfcounsel.com
Alexander Burns
Alexander.burns@ksfcounsel.com
206 Covington St.
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff
and the Putative Class*

| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
| 2 | Stephen R. Basser (121590) |
|   | sbasser@barrack.com |
| 3 | Samuel M. Ward (216562) |
| 4 | sward@barrack.com |
|   | 600 West Broadway, Suite 900 |
| 5 | San Diego, CA  92101 |
|   | Telephone:  (619) 230-0800 |
| 6 | Facsimile: (619) 230-1874 |

*Liaison Counsel for Lead Plaintiff and the Putative Class*

## REPRESENTATION STATEMENT

The undersigned represents Lead Plaintiff-Appellant Karim Khoja, on behalf of himself and all others similarly situated, and no other party.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Lead Plaintiff-Appellant submits this Representation Statement.  The following list identifies all parties to this action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Karim Khoja, on behalf of himself and all others similarly situated | KAHN SWICK & FOTI, LLP<br>RAMZI ABADOU (222567)<br>912 Cole Street, # 251<br>San Francisco, CA 94117<br>Telephone: (415) 231-4313<br>Facsimile: (504) 455-1498<br>ramzi.abadou@ksfcounsel.com<br><br>*Lead Counsel for Lead Plaintiff and the Putative Class*<br><br>BARRACK, RODOS & BACINE<br>STEPHEN R. BASSER (121590)<br>SAMUEL M. WARD (216562)<br>600 West Broadway, Suite 900<br>San Diego, CA  92101<br>Telephone:  (619) 230-0800<br>Facsimile: (619) 230-1874<br>sbasser@barrack.com<br>sward@barrack.com<br><br>*Liaison Counsel for Lead Plaintiff and the Putative Class*<br><br>                -and-<br><br>[continued on next page] |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

CASE NO. 15-CV-00540-JLS (KSC)

| PARTIES | COUNSEL OF RECORD |
|---|---|
| [continued from previous page] | KAHN SWICK & FOTI, LLC<br>Lewis S. Kahn<br>lewis.kahn@ksfcounsel.com<br>Alexander Burns<br>Alexander.burns@ksfcounsel.com<br>206 Covington St.<br>Madisonville, LA 70447<br>Telephone: (504) 455-1400<br>Facsimile: (504) 455-1498 |
| Defendants-Appellees Orexigen Therapuetics, Inc., Jospeh P. Hagan, Michael A. Narachi, and Preston Klassen | COOLEY LLP<br>JOHN C. DWYER (136533)<br>(dwyerjc@cooley.com)<br>JESSICA VALENZUELA SANTAMARIA (220934)<br>(jsantamaria@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>-and-<br><br>MARY KATHRYN KELLEY (170259)<br>(mkkelley@cooley.com)<br>DANE R. VORIS (281051)<br>(dvoris@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420 |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

CASE NO. 15-CV-00540-JLS (KSC)

4

| | | |
|---|---|---|
| 1 | Dated: July 26, 2016 | Respectfully submitted, |
| 2 | | KAHN SWICK & FOTI, LLP |

By:   s/ *Ramzi Abadou*

Ramzi Abadou (222567)
ramzi.abadou@ksfcounsel.com
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (415) 231-4313
Facsimile: (504) 455-1498

-and-

KAHN SWICK & FOTI, LLC
Lewis S. Kahn
lewis.kahn@ksfcounsel.com
Alexander Burns
Alexander.burns@ksfcounsel.com
206 Covington St.
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff
and the Putative Class*

BARRACK, RODOS & BACINE
Stephen R. Basser (121590)
sbasser@barrack.com
Samuel M. Ward (216562)
sward@barrack.com
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile: (619) 230-1874

*Liaison Counsel for Lead Plaintiff
and the Putative Class*