UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM KHOJA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OREXIGEN THERAPEUTICS, INC., JOSEPH P. HAGAN, MICHAEL A. NARACHI, and PRESTON KLASSEN,<br><br>Defendants. | Case No.: 15-CV-540 JLS (KSC)<br><br>**ORDER STAYING CASE AND DEFERRING RULING ON RENEWED MOTION TO DISMISS PENDING DISPOSITION OF APPEAL**<br><br>(ECF Nos. 98, 99) |

Presently before the Court is Defendants Joseph P. Hagan, Michael A. Narachi, and Preston Klassen's (the "Moving Defendants") Motion to Dismiss Consolidated Complaint for Violation of the Federal Securities Laws ("Renewed Mot.," ECF No. 98). On January 23, 2019, the Court set a briefing schedule and a hearing for April 18, 2019. *See* ECF No. 97. On March 5, 2019, the United States Court of Appeals for the Ninth Circuit recalled the mandate issued on November 13, 2018, as "issued in error." *See* ECF No. 99. Having been divested of jurisdiction, *see, e.g.*, *Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK, 2012 WL 1987042, at *1 (N.D. Cal. June 4, 2012) ("Simply put, jurisdiction follows the mandate.") (quoting *United States v. Rodgers*, 101 F.3d 247, 251 (2d Cir. 1996)), the Court **STAYS** this action and **DEFERS RULING ON** the Moving

Defendants' Renewed Motion pending receipt of a mandate from the Ninth Circuit in *Khoja v. Orexigen Therapeutics, Inc.*, No. 16-56069 (9th Cir. Filed July 26, 2016).

**IT IS SO ORDERED.**

Dated: March 6, 2019

Hon. Janis L. Sammartino
United States District Judge