UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM KHOJA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>OREXIGEN THERAPEUTICS, INC., et al.,<br><br>  Defendants. | Case No.: 15-cv-00540-JLS-AGS<br><br>**ORDER GRANTING JOINT MOTION TO APPEAR BY TELEPHONE OR VIDEOCONFERENCE FOR THE OCTOBER 28, 2021 HEARING ON MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES**<br><br>**[ECF Nos. 147; 151]** |

Presently before the Court is a Joint Motion wherein the parties request that the Court convert the October 28, 2021 in-person Motion Hearing on Plaintiffs' Unopposed Motion for Final Approval of Settlement and Plan of Allocation and Motion for an Award of Attorneys' Fees and Litigation Expenses to a telephonic or videoconference hearing. (ECF No. 151.) In their Joint Motion, the parties represent that good cause exists to convert the in-person Motion Hearing because of "the ongoing COVID-19 pandemic and the related risks arising from an in-person appearance." (*Id.* at 2.)

///

Good cause appearing, the parties' Joint Motion is hereby **GRANTED**, and the October 28, 2021 in-person Motion Hearing (ECF No. 147) is hereby **CONVERTED** to a videoconference hearing. To facilitate their appearance at the Motion Hearing by videoconference, the parties shall contact the Court's Courtroom Deputy by e-mail at alex_ramos@casd.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 12, 2021

Hon. Janis L. Sammartino
United States District Judge